# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF SCRANTON, : | |
| : | |
| Plaintiff | CIVIL ACTION NO. 3:16-1727 |
| : | |
| v. | |
| : | (JUDGE MANNION) |
| THOMAS J. DAVIS and , | |
| PATRICIA A. DAVIS, : | |
| Defendants : | |

## O R D E R

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The City's request for attorneys' fees and costs, **(Doc. 8)**, is **GRANTED**, as specified in the foregoing Memorandum.

2. The City is awarded $18,273.00 for legal fees and $941.56 for costs and expenses, for a total award of $19,214.56.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 26, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1727-01-ORDER.wpd