# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF SCRANTON, : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:16-1727 |
| : | |
| v. : | |
| : | (JUDGE MANNION) |
| THOMAS J. DAVIS and, : | |
| PATRICIA A. DAVIS, : | |
| Defendants : | |

## O R D E R

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motion for relief from judgment pursuant to Fed.R.Civ.P. 60(b), **(Doc. 12)**, is **DENIED**, as specified in the foregoing Memorandum.

2. The August 23, 2016 Judgment entered in favor of the City and against the defendants, **(Doc. 3)**, shall not be disturbed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 4, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1727-02-ORDER.wpd